**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
RICARDO ROBLES-NIEVES,
Respondent.

No. 61537

**FILED**

SEP 22 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY __S. Young__
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to suppress evidence. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Based on a plea agreement reached between the parties in the district court, appellant has filed a motion to withdraw this appeal. Cause appearing, the motion is granted and we

ORDER this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31377

cc: Hon. Linda Marie Bell, District Judge
Attorney General/Carson City
Clark County District Attorney
Special Public Defender
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A